IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTY CASEY, as the Personal Representative of the Estate of her son, Travis Sessions, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Act. No: 2:18-cv-890-WC |
| JAMES GARTLAND, *et al.*, | ) ) ) | |
| Defendants. | ) | |

# ORDER

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan and other information as required for filing the report of the parties' planning meeting. Accordingly, it is

ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **January 7, 2019.**

Dispositive motions shall be filed no later than 180 days prior to the pretrial hearing/conference date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance. In their Rule 26(f) report, however, the parties should assume that the 180-day requirement will apply when the court enters the Rule 16(b) Uniform Scheduling Order (USO).

It is also the policy of this district that Rule 26(a)(3) witness list exchange (§ 9 USO), deposition designations (§ 10 USO), and exchange of trial exhibits and evidence (§

11 USO) occur no later than 42 days prior to trial, to allow appropriate time for filing and resolution of objections and motions related thereto. The parties may agree to longer deadlines, but shorter deadlines ordinarily will not be allowed.

This case ordinarily will be set for trial during one of the presiding judge's regularly scheduled civil trial terms, within 14 to 16 months of this order if a term is available and, if not available, then as soon as possible thereafter. The pretrial date is normally set within four to eight weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://www.almd.uscourts.gov.

The court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call unless otherwise ordered by the court.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

Additionally, the parties were previously notified of the assignment of this case to a Magistrate Judge and their right to request reassignment. *See* Attached Explanation. As indicated in the notice of assignment, the parties must confirm their decision to consent to the Magistrate Judge in writing. Accordingly, any party wishing to consent to the Magistrate Judge's jurisdiction shall complete the appropriate attached form so that the form is received by the Clerk **on or before January 7, 2019.**

**CONSENT FORMS MAY NOW BE SUBMITTED ELECTRONICALLY.** If

a party elects to complete the consent form, counsel may log into the Case Management/Electronic Case File (CM/ECF) system, select the Magistrate Judge Consent Form event, and electronically prepare and submit the form. In the alternative, counsel may complete the attached consent form and mail it to the Clerk of the Court. Do NOT electronically file the consent form into the record. If you have any questions about electronic consent submission, please contact the Clerk's Office.

If a party elects to complete the form requesting reassignment to a district judge, counsel must complete the attached form and mail it to the Clerk's Office. There is no option to log into CM/ECF and electronically submit the reassignment form. If a party declines to consent to the jurisdiction of a Magistrate Judge, or otherwise to complete and submit one of the attached forms by the date set in this Order, this case will be reassigned randomly to a District Judge.

Either completed form may be mailed to the following address:

> Clerk, U.S. District Court
> One Church Street
> Room B-110
> Montgomery, Alabama 36104

Done this the 18th day of December, 2018.

> /s/ Wallace Capel, Jr.
> CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO**
**UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court.  In accordance with 28 U.S.C. 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or non-jury civil case and order the Entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeal for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTY CASEY, as the Personal Representative of the Estate of her son, Travis Sessions, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Act. No: 2:18-cv-890-WC |
| JAMES GARTLAND, *et al.*, | ) ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Signed this _____ day of _____, 20_____.

_____
Signature

_____
Counsel For

_____
Address

_____
City, State Zip Code

_____
(Area Code) Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTY CASEY, as the Personal Representative of the Estate of her son, Travis Sessions,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES GARTLAND, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Act. No: 2:18-cv-890-WC |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party has read the Notice of Assignment To United States Magistrate Judge and hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge. **The party understands that this request may not be revoked.**

Signed this \_\_\_\_ day of _____, 20\_\_\_\_\_.

_____
Signature

_____
Counsel For

_____
Address

_____
City, State Zip Code

_____
(Area Code) Telephone Number

**\*\*DO NOT ELECTRONICALLY FILE THIS DOCUMENT\*\***