IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTY CASEY, as the personal representative of the estate of her son, Travis Sessions, and L.S., a minor, by and through her grandmother, Christy Casey,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES GARTLAND, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:18cv890-MHT<br>(WO) |

ORDER

This lawsuit, in which a proposed settlement has been reached, is before the court on an unopposed motion by plaintiff Christy Casey, as the personal representative of the estate of her son, decedent Travis Sessions, to amend the complaint to add plaintiff Casey's minor granddaughter (the decedent's daughter), L.S., as a plaintiff and on an unopposed motion by plaintiff Casey for appointment of a guardian

ad litem to represent L.S.'s interests. Based on the representations made on the record on June 19, 2020, it is ORDERED that:

(1) Plaintiff Christy Casey's motion to amend the complaint to add L.S., a minor, as a plaintiff (doc. no. 52) is granted.

(2) L.S., a minor, is added as a plaintiff, suing by and through her grandmother, Christy Casey.

(3) Plaintiff Casey's motion for appointment of a guardian ad litem to represent plaintiff L.S.'s interests (doc. no. 52) is granted.

(4) Karen Laneaux, Esq., 8 Commerce St., Suite 700, Montgomery, AL 36104, 334.269.5930, <kmastin@bellsouth.net>, is appointed as guardian ad litem to represent plaintiff L.S., a minor.

(5) By agreement of the parties, the General Liability Trust Fund is to pay the attorney's fees and expenses of the guardian ad litem, with those fees and

expenses not to be subtracted from the amount of the proposed settlement.

(6) The clerk of the court is to arrange for the guardian ad litem to receive a copy of the file in this case.

(7) An on-the-record fairness hearing on the proposed settlement is set for July 10, 2020, at 10:00 a.m. Because of the coronavirus pandemic, the clerk of the court and counsel for the parties are to arrange for the hearing to be conducted by videoconferencing. Counsel for all parties, plaintiff Casey, L.S.'s mother, and the guardian ad litem are to appear by video.

(8) On or before noon on July 7, 2020, the guardian ad litem is to file, under seal, a report as to whether and, if so, why the court should approve the proposed settlement for the minor.

(9) On or before July 10, 2020 at 9:00 a.m., counsel for the parties are to submit to the court's

'PropOrder box,' in Word format, a joint proposal for an order and opinion approving the settlement.

DONE, this the 19th day of June, 2020.

                                                /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**