IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTY CASEY, as the personal representative of the estate of her son, Travis Sessions, and L.S., a minor, by and through her grandmother, Christy Casey, )<br><br>Plaintiffs, )<br><br>v. )<br><br>JAMES GARTLAND, et al., )<br><br>Defendants. ) | CIVIL ACTION NO.<br>2:18cv890-MHT<br>(WO) |

ORDER

After the pro ami hearing held on July 10, 2020, the court is still unsure why an annuity, which would appear to be the best investment of the settlement proceeds for the minor plaintiff L.S., is not an option. Accordingly, it is ORDERED that the court-appointed guardian ad litem for L.S., Karen Laneaux, Esq., is to file a response, by July 17, 2020, at 5:00 p.m., addressing the following questions:

   (1) With whom did the guardian ad litem speak from the State of Alabama regarding the possibility of purchasing an annuity with the settlement proceeds for the minor plaintiff L.S.?

   (2) What exactly did the representative from the State tell the guardian ad litem regarding why the settlement proceeds could not be used to purchase an annuity?

   (3) What obstacles would prevent plaintiffs' counsel from receiving the settlement proceeds and using them to purchase an annuity on behalf of L.S., without any further involvement from the Alabama General Liability Trust Fund or any other state entity?

   DONE, this the 16th day of July, 2020.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE