IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTY CASEY, as the personal representative of the estate of her son, Travis Sessions, and L.S., a minor, by and through her grandmother, Christy Casey,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES GARTLAND, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:18cv890-MHT<br>(WO) |

## JUDGMENT

In accordance with the opinion entered today, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) The motion to approve the settlement (doc. no. 64) is granted, and the parties' proposed settlement is approved. The court finds the terms of the settlement are fair, just, and in the best interest of the minor plaintiff L.S. The settlement proceeds may be paid

into plaintiffs' counsel's trust fund pending final disbursement of the proceeds.

(2) The fees and expenses of the court-appointed guardian ad litem, Honorable Karen Laneaux, are to be paid out of the Alabama General Liability Trust Fund and not from the amount of the settlement that plaintiff L.S. is to receive.  The court assumes that Ms. Laneaux and defense counsel will make appropriate arrangements for the payment of her fees and expenses forthwith.

(3) This case is dismissed with prejudice, costs taxed as paid.

This case is closed.

DONE, this the 4th day of August, 2020.

                             /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE